No. 132. BALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Byron G. Skelton* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 133. KIME v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Francis Heisler* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States.

No. 140. ALABAMA MARBLE CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *John J. Smith* for petitioner. *Solicitor General Perlman, David P. Findling* and *Mozart G. Ratner* for respondent.

No. 141. MARKS ET AL., TRUSTEES, v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. Garner Anthony* for petitioners. *Solicitor General Perlman* and *Assistant Attorney General Vanech* for the United States. *Walter D. Ackerman, Jr.,* Attorney General, and *Rhoda V. Lewis,* Deputy Attorney General, filed a brief for the Territory of Hawaii, as *amicus curiae,* supporting the petition.

No. 142. SOUTHERN PACIFIC CO. ET AL. v. SMITH, ADMINISTRATRIX, ET AL. C. A. 9th Cir. Certiorari denied. *Clarence J. Young* for petitioners.

No. 144. KURZEN v. MARZALL, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Perlman,*